**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form*

| | | |
|---|---|---|
| **PLAINTIFF** | UNITED STATES OF AMERICA | **COURT CASE NUMBER** MISC. NO. 2:06mc3311-WHA |
| **DEFENDANT** | CHUCK FARRIS | **TYPE OF PROCESS** Motion for Order, Affidavit & Order |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chuck Farris

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 Frank Street, Thorsby, AL 35171

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
ATTN: D. Aldridge
P.O. Box 197
Montgomery, AL 36101-0197

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

SSN: 7143
DOB: 1954

*Serve before June 20th*

Signature of Attorney or other Originator requesting service on behalf of:
R. Randolph Neeley
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 334-223-7280
DATE: 5/9/2006

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No. 2
District to Serve No. 2
Signature of Authorized USMS Deputy or Clerk: K. Chavers
Date: 5-22-06 / 5/15/06

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): MATT FARRIS (SON)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/2/06
Time: 8:15 pm

RETURNED AND FILED
JUN - 2 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | $40.05 | — | $85.05 | | |

**REMARKS:** 5/19/06 FWD to N/AL for Service
5-22-06 - Sent back to M/AL - Thorsby is not in our district. SJr
6/2/06 Farris no longer lives at 300 Frank St. / Ex wife will try to give him the message.

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)